### No. 09-8568. Pocahontas Cooley, Petitioner v. Paul J. Kelly, et ux.

560 U.S. 920, 130 S. Ct. 3316, 176 L. Ed. 2d 1213, 2010 U.S. LEXIS 4093.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1012, 130 S. Ct. 1729, 176 L. Ed. 2d 177, 2010 U.S. LEXIS 2030.